UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MARIA DELCARMEN CHRISTENSEN,**

   Plaintiff,

v.                    No. 4:21-cv-0648-P

**COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,**

   Defendant.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

This is an action seeking review of the final decision of the Commissioner of Social Security ("Commissioner") denying Plaintiff Maria Delcarmen Christensen's application for Disability Insurance Benefits ("DIB") under Title II of the Social Security Act. *See* ECF No. 1. This action was referred to the United States Magistrate Judge Jeffrey L. Cureton, for submission to this Court of findings, conclusions and recommendations ("FCRs") pursuant to 28 U.S.C. § 636(b)(1)(B). On August 1, 2022, Judge Cureton submitted Findings and Conclusions and recommended that the Court affirm the Commissioner's decision. *See* ECF No. 22. No objections were filed, and the Magistrate Judge's FCR is ripe for review. The undersigned reviewed the FCR for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct.

Therefore, the Court **ACCEPTS** the Magistrate Judge's Findings and Conclusions as its own. Accordingly, the Court **AFFIRMS** the final decision of the Commissioner and **DISMISSES** this action.

**SO ORDERED** on this **30th day of August 2022**.

Mark T. Pittman
UNITED STATES DISTRICT JUDGE